

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 28 2005
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| CARL MACK MATTHEWS, 627524,<br>Petitioner, | )<br>)<br>) |
| v. | ) No. 3:03-CV-1700-R<br>)<br>) |
| DOUGLAS DRETKE, Director, TDCJ-CID,<br>Respondent. | )<br>) |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 28 day of April, 2005.

_____
JERRY BUCHMEYER
UNITED STATES DISTRICT JUDGE